**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7639**

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

   v.

CATINIA DENISE FARRINGTON,

          Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  N. Carlton Tilley, Jr., Senior District Judge.  (1:18-cr-00196-NCT-1)

Submitted:  April 16, 2021               Decided:  April 23, 2021

Before WILKINSON, KING, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Catinia Denise Farrington, Appellant Pro Se.  Katie Bagley, Gregory Victor Davis, Samuel Robert Lyons, Douglas Campbell Rennie, Joseph Brian Syverson, Tax Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Catinia Denise Farrington appeals the district court's order denying her motion for compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Farrington*, No. 1:18-cr-00196-NCT-1 (M.D.N.C. Oct. 20, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*